UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| NYCOMED GMBH, | ) | |
| TEIJIN PHARMA LIMITED, and | ) | |
| SUNOVION PHARMACEUTICALS INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 1:12-cv-01073-TWP-DML |
| | ) | |
| APOTEX INC. and | ) | |
| APOTEX CORP., | ) | |
| | ) | |
| Defendants. | ) | |

## Entry and Order from Pretrial Conference

The parties, by counsel, appeared for an initial pretrial conference on December 11, 2012, with the magistrate judge.  The case management plan submitted in this case is approved as amended to include (1) Section III. L and Section III. CC of the proposed case management plan are deleted; and (2) the modifications set forth on the approval page (last page) of the document. The [Model] Order Regarding E-Discovery in Patent Cases (Dkt. 32-1) and [Proposed] Standing Order Relating to the Discovery of Electronically Stored Information (Dkt. 32-2) are not adopted or made a part of the case management plan at this time.   Counsel will confer further regarding the issues identified in Section III. DD. of the case management plan as discovery develops and request a discovery conference with the magistrate judge if they are unable to agree.

This case is set for a telephone status conference on **April 29, 2013, at 10:00 a.m. (Eastern).**  The court will contact counsel by separate email through ECF with the call-in information to be used to participate in the conference.  Counsel are directed to confer and file, by April 25, 2013, a proposed agenda for the conference.

So ORDERED.

Date:   12/12/2012

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system